# UNITED STATES DISTRICT COURT

for the
District of New Jersey

| | | |
|---|---|---|
| **MORGAN DUNCAN, individually and on behalf of all others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 2:26-cv-06787 |
| v. | ) ) ) | |
| **HOMESPUN GLOBAL, LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to HOMESPUN GLOBAL, LLC in Mercer County, NJ on June 29, 2026 at 2:19 pm at 820 Bear Tavern Rd, Ewing, NJ 08628 by leaving the following documents with Allison Belsky who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for HOMESPUN GLOBAL, LLC.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL CASE
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.2786481316,-74.828462138
Photograph: See Exhibit 1

Total Cost: $325.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Montgomery County                          ,

___PA___ on ___6/30/2026_____ .

/s/ *Glenn DePretis*
_____

Signature
Glenn DePretis
+1 (267) 417-7080



Exhibit 1a)