**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MORGAN DUNCAN, individually and on
behalf of all others similarly situated,

         Plaintiff,

v.

HOMESPUN GLOBAL, LLC                CASE NO.:    2:26-cv-06787

         Defendant.

_____

**PLAINTIFF'S MOTION TO ADMIT JASON SHI *PRO HAC VICE***

Plaintiff moves this Court for an Order admitting Jason Shi as co-counsel *pro hac vice*, and avers:

1.      Jason Shi is licensed to practice law in Texas (2022), and District of Columbia (2026).

2.      Jason Shi practices law at the firm of Hedin LLP, 1100 15th St. NW, Suite 04-111, Washington, D.C. 20005.

3.      Plaintiff believes his interests will be advanced if Jason Shi serves as co-counsel.

4.      Philip L. Fraietta, Esq. is a member in good standing of the New Jersey State Bar and will be the responsible attorney in this matter.

5.      The admission fee of $250.00 has been paid.

6.      Jason Shi's Verified Statement is attached as Exhibit A. WHEREFORE, the

Plaintiff moves this Court for an Order admitting Jason Shi as co-counsel, *pro hac vice*,

to represent Plaintiff.

Dated:  July 9, 2026

/s/ Philip L. Fraietta
**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of to all persons registered.

*/s/ Philip L. Fraietta*
Philip L. Fraietta