**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MORGAN DUNCAN, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>HOMESPUN GLOBAL, LLC<br><br>             Defendant. | Case No. 2:26-cv-06787 |

**VERIFIED STATEMENT OF APPLICATION OF JASON SHI**
**IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Jason Shi, declare as follows:

1.  I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Morgan Duncan in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2.  I am a member in good standing of the Bar of the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit A**).

3.  I am a member in good standing of the Bar of the State of Texas and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit B**).

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.     There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 9, 2026                         Respectfully submitted,

                                            /s/ Jason Shi

                                            Jason Shi
                                            **HEDIN LLP**

1100 15th St. NW
Washington, D.C. 20005
Tel: (202) 908-2920
E-mail: jshi@hedinllp.com

# EXHIBIT A



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Jason Shi*

*was duly qualified and admitted on January 4, 2026 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 30, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**EXHIBIT B**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jason Shi**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 18th day of October, 2022.

I further certify that the records of this office show that, as of this date

**Jason Shi**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of June, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1761C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.