**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MORGAN DUNCAN, individually and on
behalf of all others similarly situated,

    Plaintiff,           CASE NO.: 2:26-cv-06787

 v.

 HOMESPUN GLOBAL, LLC

    Defendant.

---

**<u>ORDER</u>**

   This motion filed by PHILIP FRAIETTA, an attorney admitted to this Court, and the attorney of record for Defendant HOMESPUN GLOBAL, LLC to permit JASON SHI, an attorney admitted to the practice of law in the State of Texas and District of Columbia, to participate with other counsel for Defendant in all phases of the case, and it appearing that JASON SHI, ESQ. is a licensed attorney in good standing in the State of Texas and the District of Columbia:

   It is on this ___ day of _____, 2026, ORDERED that JASON SHI, be and hereby is admitted *Pro Hac Vice* and is authorized to appear and participate with other counsel in all phases of the case, subject to the following conditions:

   1.  JASON SHI shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he continues to represent Defendant in this matter pending in this Court; and

   2.  JASON SHI, shall make a payment of $250.00 to the Clerk, USDC.

   A copy of this order shall be served on all parties within seven (7) days of the date hereof.

**SO ORDERED:**

---