**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MORGAN DUNCAN, individually and on
behalf of all others similarly situated,

        Plaintiff,

  v.

HOMESPUN GLOBAL, LLC

        Defendant.

CASE NO.:    2:26-cv-06787

_____

### PLAINTIFF'S MOTION TO ADMIT TYLER K. SOMES *PRO HAC VICE*

Plaintiff moves this Court for an Order admitting Tyler K. Somes as co-counsel *pro hac vice*, and avers:

**1.** Tyler K. Somes is licensed to practice law in Texas (2018), and District of Columbia (2023).

**2.** Tyler K. Somes practices law at the firm of Hedin LLP, 1100 15th St. NW Washington, D.C. 20005.

**3.** Plaintiff believes his interests will be advanced if Tyler K. Somes serves as co-counsel.

**4.** Philip L. Fraietta, Esq. is a member in good standing of the New Jersey State Bar and will be the responsible attorney in this matter.

**5.** The admission fee of $250 has been paid.

**6.**    Tyler K. Somes Verified Statement is attached as Exhibit A. WHEREFORE,

the Plaintiff moves this Court for an Order admitting Tyler K. Somes as co-counsel,

*pro hac vice*, to represent Plaintiff.

Dated:  July 9, 2026

/s/ Philip L. Fraietta
**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of to all persons registered.

*/s/ Philip L. Fraietta*
Philip L. Fraietta

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MORGAN DUNCAN, individually and on behalf of all others similarly situated,

           Plaintiff,

    v.

HOMESPUN GLOBAL, LLC

           Defendant.

Case No. 2:26-cv-06787

**VERIFIED STATEMENT OF APPLICATION OF TYLER K. SOMES**
**IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Tyler K. Somes, declare as follows:

1.      I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Morgan Duncan in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2.      I am a member in good standing of the D.C and Texas bar and I have attached a Certificate of Good Standing issued within the last thirty (30) days.

3.      There are no disciplinary proceedings presently pending against me and I have never been subject to discipline in any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Respectfully submitted,

/s/ *Tyler K. Somes*

Tyler K. Somes
**HEDIN LLP**
1100 15th St. NW
Washington, D.C. 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 09, 2026

Re: Tyler Somes, State Bar Number 24110385

To Whom It May Concern:

This is to certify that Tyler Somes was licensed to practice law in Texas on November 02, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Tyler Somes*

*was duly qualified and admitted on May 15, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 09, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*