

COLE SCHOTZ P.C.

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000    201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

July 29, 2026

**Via CM/ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey .08608

> Re:    ***Duncan v. Homespun Global, LLC.***, **Case No. 26-cv-6787-RK-RLS**
> **Request for *Pro Hac Vice* Admissions on Behalf of Homespun Global, LLC**

Dear Judge Singh:

This firm is local counsel for defendant, Homespun Global, LLC ("*Homespun*"), in the above-captioned action.   In accordance with Paragraph 11 of Your Honor's Civil Case Management Order, we write to respectfully request leave for Andrew L. Rodenbough, Esq., Kasi W. Robinson, Esq., and Jennifer K. Van Zant, Esq. to appear *pro hac vice* on behalf of Homespun in this action.  In furtherance of this request, enclosed herewith as Exhibits "1" through "5" are copies of declarations from Mr. Rodenbough, Ms. Van Zant, Ms. Robinson, and David Gold of Cole Schotz P.C., as well as a proposed Order.  Plaintiff consents to the requested admissions.

If Your Honor has any questions, or requires any further information, the undersigned can be reached via email (ecarbone@coleschotz.com) or phone (201-525-6299).  As always, the Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Elizabeth A. Carbone*

Elizabeth A. Carbone

cc:    All Counsel of Record Via CM/ECF

72046/0001-53767641