# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MORGAN DUNCAN, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>HOMESPUN GLOBAL, LLC,<br><br>    Defendant. | Case No. 3:26-cv-06787-RK-RLS<br><br>Civil Action<br><br>**DECLARATION OF ANDREW L. RODENBOUGH IN SUPPORT OF MOTION SEEKING *PRO HAC VICE* ADMISSION OF COUNSEL ON BEHALF OF DEFENDANT HOMESPUN GLOBAL, LLC** |

I, **ANDREW L. RODENBOUGH**, hereby declare as follows:

1. I am a partner of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP and a member of the bar of the State of North Carolina. As evidence of my good standing, appended hereto as **Exhibit "A"** is a Certificate of Good Standing from the State of North Carolina.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I acknowledge in accordance with L. Civ. R. 101.1(c)(2) that I will be responsible to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) upon admission to this Court for each year I represent defendant, Homespun Global, LLC, in this lawsuit.

4. I acknowledge that in accordance with L. Civ. R. 101.1(c)(3) I will be responsible to make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey upon admission to this Court.

5.      I acknowledge that in accordance with L. Civ. R. 101.1(c)(5), while admitted *pro hac vice*, I am subject to, and agree to be subject to, the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew L. Rodenbough

Executed On: July 27, 2026

# EXHIBIT A

# Supreme Court of North Carolina



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on August 28, 2013, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Andrew Leigh Rodenbough

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, July 17, 2026.

Grant E. Buckner
Clerk of the Supreme Court

★ ★ ★