# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MORGAN DUNCAN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMESPUN GLOBAL, LLC,<br><br>Defendant. | Case No. 3:26-cv-06787-RK-RLS<br><br>Civil Action<br><br>**DECLARATION OF DAVID S. GOLD IN SUPPORT OF MOTION SEEKING *PRO HAC VICE* ADMISSION ON BEHALF OF DEFENDANT HOMESPUN GLOBAL, LLC** |

I, **DAVID S. GOLD**, hereby declare as follows:

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Cole Schotz P.C., local counsel for defendant, Homespun Global, LLC ("*Homespun*"), in this matter.  I am fully familiar with the facts set forth herein, and I make this declaration in support of Homespun's application for the entry of an Order admitting Andrew L. Rodenbough, Esq., Kasi W. Robinson, Esq., and Jennifer K. Van Zant, Esq. as *pro hac vice* counsel for Homespun pursuant to Local Civil Rule 101.1.

2.      I am a member in good standing of the bars of the State of New Jersey and New York, as well as the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States District Court for the District of Colorado.

3.      The declarations of Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant affirming their good standing as members of the bar of the State of North Carolina are being contemporaneously filed with the Court.

72046/0001-53767796

4.      I acknowledge that in accordance with L. Civ. R. 101.1(c)(2), Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant will be responsible to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) upon admission to this Court for each year they represent Homespun in this lawsuit.

5.      I acknowledge that in accordance with L. Civ. R. 101.1(c)(3), Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant will be responsible to make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey upon admission to this Court.

6.      I acknowledge that in accordance with L. Civ. R. 101.1(c)(4), Cole Schotz P.C. will continue to act as counsel of record for Homespun.  All notices from this Court will be served on Cole Schotz P.C., and we will promptly notify Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant of their receipt.  As counsel of record, Cole Schotz P.C. will enter all appearances for Homespun and file, sign, and/or receive all papers filed in connection with this matter as required under this Rule.

7.      It is my understanding that in accordance with L. Civ. R. 101.1(c)(5), Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant, while admitted *pro hac vice*, are subject to, and agree to be subject to, the disciplinary jurisdiction of this Court.

8.      Cole Schotz P.C. sought and obtained Plaintiff's consent for this application.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David S. Gold
David S. Gold

Executed On: July 29, 2026

72046/0001-53767796