# EXHIBIT 5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MORGAN DUNCAN, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>HOMESPUN GLOBAL, LLC,<br><br>        Defendant. | Case No. 3:26-cv-06787-RK-RLS<br><br>Civil Action<br><br>**ORDER GRANTING THE *PRO HAC VICE* ADMISSIONS ON BEHALF OF DEFENDANT HOMESPUN GLOBAL, LLC** |

**THIS MATTER**, having been brought to the Court by Cole Schotz P.C., attorneys for defendant, Homespun Global, LLC ("*Homespun*"), by informal letter application pursuant to L. Civ. R. 101.1 seeking the *pro hac vice* admission of Andrew L. Rodenbough, Esq., Kasi W. Robinson, Esq., and Jennifer K. Van Zant, Esq. in this matter on behalf of Homespun; and the Court having considered the papers filed in support of the application, which reflect that Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant satisfy the requirements set forth in L. Civ. R. 101.1(c); and this application being unopposed; and for good cause shown;

**IT IS** on this _____ day of _____ 2026,

**ORDERED** that the request for the *pro hac vice* admission of Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant is granted; and it is further

**ORDERED** that Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant shall abide by all of the rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant consent to the jurisdiction of this Court for any disciplinary proceeding arising from their conduct in this matter; and it is further

**ORDERED** that Cole Schotz P.C. shall: (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Homespun; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and of Andrew L. Rodenbough, Esq., Kasi W. Robinson, Esq., and Jennifer K. Van Zant, Esq.; and it is further

**ORDERED** that Mr. Rodenbough, Ms. Robinson, and Ms. Van Zant shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year they represent Homespun in this action, as well as a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that counsel for Homespun shall serve a copy of this Order on all counsel who will not receive it electronically within five (5) days of receipt of this Order.

_____
HON. RUKHSANAH L. SINGH, U.S.M.J.

72046/0001-53731149