DNJ-CMECF-002 (Rev. 8/2026)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Morgan Duncan, Individually and on Behalf of all Others Similarly Situated,

Plaintiff(s),

v.

Homespun Global, LLC

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:26-cv-06787-RK-RLS

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Elizabeth A. Carbone
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Andrew L. Rodenbough, Esq.

Firm: Brooks, Pierce, McLendon, Humphrey & Leonard LLP

Address: 230 North Elm Street
Suite 2000
Greenboro, NC 27420

Email: arodenbough@brookspierce.com

Phone: 336-271-2570

Admitted on behalf of (List litigant(s) here): Homespun Global LLC