BURSOR & FISHER
P.A.

50 MAIN STREET
SUITE 475
WHITE PLAINS, NY 10606
www.bursor.com

PHILIP L. FRAIETTA
Tel: 914.874.0708
Fax: 914.206.3656
pfraietta@bursor.com

August 21, 2026

**VIA ECF**

The Honorable Robert Kirsch
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608/

Re: *Duncan v. Homespun Global, LLC*, Civil Action No. 3:26-cv-06787-RK-RLS

Dear Judge Kirsch:

I am local counsel for Plaintiff Morgan Duncan. I am not available during the time the Court has set for the pre-motion conference, Tuesday, August 25, 2026, at 4:30 p.m. due to a pre-existing conflict in another matter. The Court has granted the *pro hac vice* motions by Plaintiff's counsel, Tyler K. Somes and Jason Shi of Hedin LLP and they are available to go forward with the conference on their own if the Court is amenable to their appearing without me as local counsel.

Thank you for the Court's consideration in this matter.

Respectfully submitted,

Philip L. Fraietta

CC: All Counsel of Record (Via ECF)