**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON

**DATE**: AUGUST 25, 2026

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: SHANNAN O'NEILL

**TITLE OF CASE**:

**DOCKET NO. 26-CV-6787 (RK) (RLS)**

MORGAN DUNCAN
v.
HOMESPUN GLOBAL, LLC

**APPEARANCES**:

Jason Shi, Esq. and Tyler Somes, Esq.,counsel for the Plaintiff

David Gold, Esq., Andrew Rodenbough, Esq., Brandon Fierro, Esq. and Kasi Robinson, Esq., counsel for the Defendant

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Telephone Conference held.

**Time Commenced:** 3:33 p.m.
**Time Adjourned**: 3:43 p.m.
**Total Time**: 10 minutes

Patricia Markey
COURTROOM DEPUTY