**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MORGAN DUNCAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMESPUN GLOBAL, LLC,<br><br>Defendant. | Case No.: 3:26-cv-06787-RK-RLS |

**MOTION TO WITHDRAW AS COUNSEL**

Jason Shi, counsel for Plaintiff Morgan Duncan, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket. Good cause exists for withdrawal because Mr. Shi is departing his position at Hedin LLP and will no longer be associated with the case. Plaintiff will continue to be represented by Tyler K. Somes of Hedin LLP, and Philip L. Fraietta of Bursor & Fisher, P.A., who are existing counsel of record.

Dated: October 9, 2026

By: /s/ Philip L. Fraietta

Philip L. Fraietta
Bursor & Fisher, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
914-874-0708
pfraietta@bursor.com

Jason Shi
Tyler K. Somes
HEDIN LLP
1100 15th St. NW Suite 04-111
Washington, D.C. 20005
(202) 908-2920
jshi@hedinllp
tsomes@hedinllp.com

*Counsel for Plaintiff and the Putative Classes*

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I electronically filed this Motion to Withdraw as Counsel with the Clerk of the United States District Court for the District of New Jersey. Counsel for all parties are registered CM/ECF users and will be served via CM/ECF.

Dated: October 9, 2026 By: */s/ Philip L. Fraietta*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MORGAN DUNCAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMESPUN GLOBAL, LLC,<br><br>Defendant. | Case No.: 3:26-cv-06787-RK-RLS |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court considered the motion to withdraw Jason Shi as counsel for Plaintiff Morgan Duncan and determined that it should be granted. Jason Shi is hereby withdrawn as counsel of record, and Plaintiff Morgan Duncan will continue to be represented by the remaining counsel of record.

**IT IS SO ORDERED.**

Dated: ____________, 2026

______________________________
The Hon. Robert Kirsch
United States District Judge